ELIZABETH MURRAY, Respondent, *v.* GREAT ATLANTIC AND PACIFIC TEA COMPANY, Appellant.

Submitted May 28, 1937; decided June 11, 1937.

*Caruthers Ewing* and *William Harry Montgomery* for appellant.

*Leonard J. Supple* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.